|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| HANY VELETANLIC, | CASE NO. C21-0901JLR |
| --- | --- |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the supplement filed by Petitioner Hany Veletantlic in support of his 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. (Supp. (Dkt. # 20); *see also* 2255 Mot. (Dkt. # 1).) As an exhibit to this supplement, Mr. Veletanlic filed 25 pages of documents that he states he only recently received. (*See* Supp.)  The court accepts and will consider Mr. Veletanlic's supplement when evaluating his § 2255 motion.

MINUTE ORDER - 1

To avoid prejudicing Respondent the United States of America ("the Government"), however, the court will provide it an opportunity to respond to Mr. Veletanlic's supplement and attached documents. Accordingly, the court ORDERS that the Government may file an optional response of no more than six (6) pages in length by no later than Friday, January 28, 2022. If the Government files a response, Mr. Veletanlic may then file a reply limited to the issues the Government raises in its response by no later than Monday, February 14, 2022. The Clerk is DIRECTED to renote the Government's response (Dkt. # 16) to Mr. Veletanlic's § 2255 motion for January 28, 2022.

Filed and entered this 13th day of January, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2